Christopher E. Chang     CEC 3271
Law Offices of Christopher E. Chang
140 Broadway, 46th Floor
New York, New York 10005
(212) 208-1470
(212) 208-1468 (fax)
E-mail: cechang@juno.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROBERT P. KANE,
By and on Behalf of the United States of America,
Relator,

State of New York, *ex rel.*
Robert P. Kane, Relator,

State of New Jersey, *ex rel.*           **11 Civ. 2325 (ER)**
Robert P. Kane, Relator

vs.

HEALTHFIRST, INC., *et al.*,

                                    Defendants.
-------------------------------------------------------------x

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)(1)(A)(i), FED. R. CIV. P.

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., the undersigned attorneys on behalf of Relator Robert P. Kane ("Kane") in the instant action hereby dismisses without prejudice Count One, Count Two and Court Three contained in Kane's Amended Complaint dated May 15, 2014 as against all defendants listed in Schedules "A", "B" and "C" annexed hereto, *EXCEPT* defendants CONTINUUM HEALTH PARTNERS, INC., BETH ISRAEL MEDICAL CENTER (now d/b/a Mount Sinai Beth Israel) and ST. LUKE'S-ROOSEVELT

HOSPITAL CENTER (now d/b/a Mount Sinai St. Luke's and Mount Sinai Roosevelt).

Dated: New York, New York
July 14, 2014

*(signature)*
Christopher E. Chang / CEC3271
Law Offices of Christopher E. Chang
*Attorneys for Relator Robert P. Kane*
140 Broadway, 46th Floor
New York, New York 10005
(212) 208-1470
E-mail: cechang@juno.com

TO:  Proskauer Rose LLP
     Attorneys for Defendants Continuum
     Health Partners, Inc., Beth Israel Medical
     Center d/b/a Mount Sinai Beth Israel and
     St. Luke's-Roosevelt Hospital Center
     d/b/a Mount Sinai St. Luke's and
     Mount Sinai Roosevelt
     Eleven Times Square
     New York, New York 10036
     Attention: Bettina B. Plevan, Esq. and Harris M. Mufson, Esq.

   Preet Bharara
   United States Attorney
   Southern District of New York
   86 Chambers Street, 3rd Floor
   New York, New York 10007
   Attention: Rebecca C. Martin and Jean-David Barnea
              Assistant United States Attorneys

   Eric T. Schneiderman
   Attorney General
   State of New York
   120 Broadway, 12th Floor
   New York, New York 10271
   Attention: Jacob M. Bergman
              Special Assistant Attorney General

## SCHEDULE A

1. Defendant Healthfirst, Inc ("Healthfirst")
   25 Broadway
   New York, New York  10004

2. Defendant HF Management Services, LLC ("HF Management")
   25 Broadway
   New York, New York  10004

3. Defendant Healthfirst Health Plan of New Jersey ("Healthfirst NJ")
   25 Broadway
   New York, New York  10004

## SCHEDULE B

1. Defendant Continuum Health Partners, Inc. ("Continuum Health")
   555 West 57th Street
   New York, New York 10019

2. Defendant Beth Israel Medical Center ("Beth Israel MC")
   First Avenue at 16th Street
   New York, New York 10003

3. Defendant St. Luke's-Roosevelt Hospital Center ("St. Luke's-Roosevelt")
   1111 Amsterdam Avenue
   New York, New York 10025

   1000 Tenth Avenue
   New York, New York 10019

4. Defendant Long Island College Hospital ("Long Island CH")
   339 Hicks Street
   Brooklyn, New York 11201

5. Defendant Bellevue Hospital Center ("Bellevue HC")
   462 First Avenue
   New York, New York 10016

6. Defendant Blythedale Children's Hospital ("Blythedale CH")
   95 Bradhurst Avenue
   Valhalla, New York

7. Defendant Bronx-Lebanon Hospital Center ("Bronx-Lebanon HC")
   1650 Grand Concourse
   Bronx, New York 10457

8. Defendant The Brookdale University Hospital and Medical Center ("Brookdale UHMC")
   One Brookdale Plaza
   Brooklyn, New York 11212

9. Defendant Brookhaven Memorial Hospital Medical Center ("Brookhaven MHMC")
   101 Hospital Road
   Patchogue, New York 11772

10. Defendant The Brooklyn Hospital Center ("Brooklyn HC")
    121 DeKalb Avenue
    Brooklyn, New York 11201 Defendant ("Brooklyn HC

11. Defendant Caritas Health Care-Mary Immaculate Hospital ("Caritas HC-Mary Immaculate")
    90-02 Queens Boulevard
    Elmhurst, New York 11373

    152-11 89th Avenue
    Jamaica, New York

12. Defendant Caritas Health Care-St. John's Queens ("Caritas HC-St. Johns")
    374 Stockholm Street
    Brooklyn, New York 11237

13. Defendant Coler-Goldwater Specialty Hospital and Nursing Facility ("Coler-Goldwater SHNF")
    One Main Street
    Roosevelt Island, New York 10044

14. Defendant Community Hospital at Dobbs Ferry ("Community-DF")
    128 Ashford Avenue
    Dobbs Ferry, New York 10522

15. Defendant Coney Island Hospital ("Coney Island")
    2601 Ocean Parkway
    Brooklyn, New York 11235

16. Defendant Cumberland Diagnostic & Treatment Center ("Cumberland DTC")
    100 North Portland Avenue
    Brooklyn, New York 11205

17. Defendant East New York Diagnostic & Treatment Center ("East NYDTC")
    2094 Pitkin Avenue
    Brooklyn, New York 11207

18. Defendant Elmhurst Hospital Center ("Elmhurst HC")
    79-01 Broadway
    Elmhurst, New York 11373

19. Defendant Flushing Hospital Medical Center ("Flushing HMC")
    45th Avenue and Parsons Boulevard
    Flushing, New York 11355

20. Defendant Franklin Hospital Medical Center ("Franklin HMC")
    900 Franklin Avenue
    Valley Stream, New York 11580

21. Defendant Good Samaritan Hospital Medical Center ("Good Samaritan HMC")
    1000 Montauk Highway
    West Islip, New York 11795

22. Defendant ("Gouverneur HS")
    227 Madison Street
    New York, New York 10002

23. Defendant Harlem Hospital Center ("Harlem HC")
    506 Lenox Avenue
    New York, New York 10037

24. Defendant Hudson Valley Hospital Center ("Hudson Valley HC")
    1980 Crompond Road
    Cortlandt Manor, New York 10567

25. Defendant Huntington Hospital ("Huntington")
    270 Park Avenue
    Huntington, New York 11743

26. Defendant Interfaith Medical Center ("Interfaith MC")
    1545 Atlantic Avenue
    Brooklyn, New York 11213

6

27. Defendant Jacobi Medical Center ("Jacobi MC")
    1400 Pelham Parkway South
    Bronx, New York 10461

28. Defendant Jamaica Hospital Medical Center ("Jamaica HMC")
    89th Avenue and Van Wyck Expressway
    Jamaica, New York 11418

29. Defendant Kingsbrook Jewish Medical Center ("Kingsbrook Jewish MC")
    585 Schenectady Avenue
    Brooklyn, New York 11203

30. Defendant Kings County Hospital Center ("Kings County HC")
    451 Clarkson Avenue
    Brooklyn, New York 11203

31. Defendant Lawrence Hospital Center ("Lawrence HC")
    55 Palmer Avenue
    Bronxville, New York 10708

32. Defendant Lenox Hill Hospital ("Lenox Hill")
    100 East 77th Street
    New York, New York 10075

33. Defendant Lincoln Medical and Mental Health Center ("Lincoln MMHC")
    234 East 149th Street
    Bronx, New York 10451

34. Defendant Long Beach Medical Center ("Long Beach MC")
    455 East Bay Drive
    Long Beach, New York 11561

35. Defendant Long Island Jewish Medical Center ("LIJMC")
    270-05 76th Avenue
    New Hyde Park, New York 11040

36. Defendant Lutheran Medical Center ("Lutheran MC")
    150 55th Street
    Brooklyn, New York 11220

37. Defendant Maimonides Medical Center ("Maimonides MC")
    4802 Tenth Avenue
    Brooklyn, New York 11219

38. Defendant Mercy Medical Center ("Mercy MC")
    1000 North Village Avenue
    Rockville Centre, New York 11570

39. Defendant Metropolitan Hospital Center ("Metropolitan HC")
    1901 First Avenue
    New York, New York 10029

40. Defendant Montefiore Medical Center ("Montefiore MC")
    1825 Eastchester Road
    Bronx, New York 10461

    111 East 210th Street
    Bronx, New York 10467

41. Defendant Montefiore North Division (Previously Our Lade of Mercy Medical Center) ("Montefiore ND")
    600 East 233rd Street
    Bronx, New York 10466

42. Defendant Morrisania Diagnostic & Treatment Center ("Morrisania DTC")
    1225 Gerard Avenue
    Bronx, New York 10452

43. Defendant The Mount Sinai Hospital ("MSH")
    One Gustave L. Levy Place
    New York, New York 10029

44. Defendant The Mount Sinai of Queens Hospital ("MSQH")
    25-10 30th Avenue
    Long Island City, New York

45. Defendant The Mount Vernon Hospital ("MVH")
    12 North 7th Avenue
    Mount Vernon, New York 10550

46. Defendant Nassau University Medical Center ("Nassau UMC")
    2201 Hempstead Turnpike
    East Meadow, New York 11554

47. Defendant New Island Hospital ("New Island")
    4295 Hempstead Turnpike
    Bethpage, New York 11714

48. Defendant New York Eye and Ear Infirmary ("New York EEI")
    310 East 14th Street
    New York, New York 10003

49. Defendant New York Downtown Hospital ("New York Downtown")
    170 William Street
    New York, New York 10038

50. Defendant North Central Bronx Hospital ("North Central Bronx")
    3424 Kossuth Avenue
    Bronx, New York 10467

51. Defendant North General Hospital did business with Defendant Healthfirst.

52. Defendant North Shore University Hospital Center ("North Shore UHC")
    300 Community Drive
    Manhasset, New York 11030

53. Defendant North Shore University Hospital at Forest Hills ("North Shore-Forest Hills")
    102-01 66th Road
    Forest Hills, New York 11375

54. Defendant North Shore University Hospital at Glen Cove ("North Shore-Glen Cove")
    101 St. Andrews Lane
    Glen Cove, New York 11542

55. Defendant North Shore University Hospital at Plainview ("North Shore-Plainview")
    888 Old Country Road
    Plainview, New York 11803

56. Defendant Northern Westchester Hospital ("Northern Westchester")
    400 East Main Street
    Mount Kisco, New York 10549

57. Defendant Peconic Bay Medical Center ("Peconic Bay MC")
    1300 Roanoke Avenue
    Riverhead, New York 11901

58. Defendant Peninsula Hospital Center ("Peninsula HC")
    51-15 Beach Channel Drive
    Far Rockaway, New York 11691

59. Defendant Phelps Memorial Hospital ("Phelps MH")
    701 North Broadway
    Sleepy Hollow, New York 10591

60. Defendant Queens Hospital Center ("Queens HC")
    82-70 164th Street
    Jamaica, New York 11432

61. Defendant Renaissance Health Care Network Diagnostic & Treatment Center ("Renaissance HCNDTC")
    215 West 125 Street
    New York, New York 10027

62. Defendant Segundo Ruiz Belvis Diagnostic & Treatment Center ("Segundo Ruiz Belvis DTC")
    545 East 142nd Street
    Bronx, New York 10454

63. Defendant Sound Shore Medical Center at Westchester ("Westchester")
    100 Woods Road
    Valhalla, New York 10595

64. Defendant South Nassau Communities Hospital ("South Nassau")
    One Healthy Way
    Oceanside, New York 11572

65. Defendant Southside Hospital ("Southside")
    301 East Main Street
    Bay Shore, New York 11706

66. Defendant St. Barnabas Hospital ("St. Barnabas")
    4422 3rd Avenue
    Bronx, New York 10457

67. Defendant St. Catherine of Siena Hospital ("St. Catherine")
    50 Route 25A
    Smithtown, New York 11787

68. Defendant St. Charles Hospital & Rehabilitation Center ("St Charles HRC")
    200 Belle Terre Road
    Port Jefferson, New York 11777

69. Defendant St. Joseph's Medical Center-Westchester ("St. Joseph-Westchester")
    275 North Street
    Harrison, New York 10528

70. Defendant St. John's Episcopal Hospital-South Shore ("St. Johns-South Shore")
    327 Beach 19th Street
    Far Rockaway, New York 11691

71. Defendant St. John's Riverside Hospital ("St. John's-Riverside")
    967 North Broadway
    Yonkers, New York 10701

72. Defendant Staten Island University Hospital ("Staten Island University Hospital Staten Island UH")
    475 Seaview Avenue
    Staten Island, New York 11794

73. Defendant Victory Memorial Hospital ("Victory MH") did business with Defendant Healthfirst.

74. Defendant Westchester Medical Center ("Westchester MC")
    100 Woods Road
    Valhalla, New York  10595

75. Defendant White Plains Hospital ("White Plains")
    41 East Post Road
    White Plains, New York  10601

76. Defendant Winthrop Hospital ("Winthrop")
    259 First Street
    Minneola, New York  11501

77. Defendant Woodhull Medical and Medical Health Center ("Woodhull MMHC")
    760 Broadway
    Brooklyn, New York  11206

78. Defendant Wyckoff Heights Medical Center ("Wyckoff Heights MC")
    374 Stockholm Street
    Brooklyn, New York  11237

# SCHEDULE C

1. Defendant Children's Specialized Hospital ("Children's Specialized")
   150 New Providence Road
   Mountainside, New Jersey 07092

2. Defendant Christ Hospital ("Christ Hospital")
   176 Palisade Avenue
   Jersey City, New Jersey 07306

3. Defendant East Orange General Hospital ("East Orange GH")
   300 Central Avenue
   East Orange, New Jersey 07018

4. Defendant Englewood Hospital and Medical Center ("Englewood HMC")
   350 Engle Street
   Englewood, New Jersey 07631

5. Defendant Hoboken University Medical Center ("Hoboken UMC")
   308 Willow Avenue
   Hoboken, New Jersey 07030

6. Defendant Holy Name Medical Center ("Holy Name MC")
   718 Teaneck Road
   Teaneck, New Jersey 07666

7. Defendant Jersey City Medical Center ("Jersey City MC")
   355 Grand Street
   Jersey City, New Jersey 07302

8. Defendant Palisades Medical Center ("Palisades MC")
   7600 River Road
   North Bergen, New Jersey 07047

9. Defendant Raritan Bay Medical Center-Old Bridge ("Raritan Bay-Old Bridge")
   One Hospital Plaza
   Old Bridge, New Jersey 08857

10. Defendant Raritan Bay Medical Center-Perth Amboy ("Raritan Bay-Perth Amboy")
    530 New Brunswick Avenue
    Perth Amboy, New Jersey  08861

11. Defendant Robert Wood Johnson University Hospital Hamilton ("RWJU-Hamilton")
    One Hamilton Health Place
    Hamilton, New Jersey  08690

12. Defendant St. Clare's Health System-Boonton ("St. Clare's-Boonton")
    130 Powerville Road
    Boonton Twp., New Jersey  07005

13. Defendant St. Clare's Health System-Denville ("St. Clare's-Denville")
    25 Pocono Road
    Denville, New Jersey  07834

14. Defendant St. Clare's Health System-Dover ("St. Clare's-Dover")
    400 West Blackwell Street
    Dover, New Jersey  07801

15. Defendant St. Clare's Health System-Sussex ("St. Clare's-Sussex")
    20 Walnut Street
    Sussex, New Jersey  07461

16. Defendant Saint Michael's Medical Center ("St. Michael's MC")
    111 Central Avenue
    Newark, New Jersey  07102

17. Defendant Somerset Medical Center ("Somerset MC")
    110 Rehill Avenue
    Somerset, New Jersey  08876

18. Defendant St. Joseph's Wayne Hospital ("St. Joseph's Wayne")
    224 Hamburg Turnpike
    Wayne, New Jersey  07470

19. Defendant St. Joseph's Hospital & Medical Center ("St. Joseph's HMC")
    703 Main Street
    Paterson, New Jersey 07503

20. Defendant Trinitas Hospital ("Trinitas")
    225 Williamson Street
    Elizabeth, New Jersey 07207