UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. KANE,<br>By and on Behalf of the United States of America,<br>Relator,<br><br>State of New York, *ex rel.*<br>Robert P. Kane, Relator,<br><br>State of New Jersey, *ex rel.*<br>Robert P. Kane, Relator,<br><br>vs.<br><br>HEALTHFIRST, INC., *et al.,*<br><br>Defendants. | Civil Action No. 11-2325 (ER)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>CONTINUUM HEALTH PARTNERS, INC.; BETH ISRAEL MEDICAL CENTER d/b/a MOUNT SINAI BETH ISRAEL; and ST. LUKE'S-ROOSEVELT HOSPITAL CENTER d/b/a MOUNT SINAI ST. LUKE'S and MOUNT SINAI ROOSEVELT,<br><br>Defendants. | |

To:   The Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that Harris M. Mufson of Proskauer Rose LLP appears in this action on behalf of Continuum Health Partners, Inc., Beth Israel Medical Center, and St. Luke's Roosevelt Hospital Center.  All notices given or required to be given in this action and its proceedings and all papers filed in this action and its proceedings shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

| | |
|---|---|
| Date: August 25, 2014<br>New York, NY | PROSKAUER ROSE LLP<br><br>/s/ Harris M. Mufson<br>Harris M. Mufson, Esq.<br>Eleven Times Square<br>New York, New York 10036-8299<br>Telephone: 212.969.3000<br>Facsimile: 212.969.2900<br>hmufson@proskauer.com<br><br>*Attorneys for Defendants* |