UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. KANE,<br>By and on Behalf of the United States of America,<br>Relator<br><br>State of New York, *ex rel.*<br>Robert P. Kane, Relator,<br><br>State of New Jersey, *ex rel.*<br>Robert P. Kane, Relator,<br><br>vs.<br><br>HEALTHFIRST, INC., *et al.*,<br><br>Defendants. | Civil Action No. 11 Civ. 2325 (ER)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Continuum Health Partners, Inc., Beth Israel Medical Center d/b/a Mount Sinai Beth Israel, and St. Luke's-Roosevelt Hospital Center d/b/a Mount Sinai St. Luke's and Mount Sinai Roosevelt hereby certify that there is no publicly held corporation that owns 10% or more of their stock.

Dated:   New York, New York
         August 27, 2014

                                                 PROSKAUER ROSE LLP

                                                 By: /s/ Bettina B. Plevan
                                                       Bettina B. Plevan
                                                        Roger Cohen
                                                       Harris M. Mufson
                                               Eleven Times Square
                                               New York, New York 10036
                                               Phone:  212.969.3000
                                               Fax: 212.969.2900
                                               *Attorneys for Defendants*