ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
By: Alee N. Scott
Special Assistant Attorney General
120 Broadway, 13th Floor
New York, New York 10271
Phone:   (212) 417-5322
Fax:       (212) 417-5335

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. KANE,<br>By and on Behalf of the United States of America,<br>Relator,<br><br>State of New York, *ex rel.*<br>Robert P. Kane, Relator,<br><br>State of New Jersey, *ex rel.*<br>Robert P. Kane, Relator,<br><br>                vs.<br><br>HEALTHFIRST, INC., *et al.*,<br><br>                Defendants. | **Civil Action No. 11-2325 (ER)**<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Intervenor,<br>    vs.<br><br>CONTINUUM HEALTH PARTNERS, INC., *et al.*,<br><br>        Defendants. | |
| STATE OF NEW YORK,<br><br>        Plaintiff-Intervenor,<br>    vs.<br><br>CONTINUUM HEALTH PARTNERS, INC., *et al.*,<br><br>        Defendants. | |

To: The Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that Alee N. Scott of the New York State Office of the Attorney General appears in this action on behalf of the State of New York. All notices given or required to be given in this action and its proceedings and all papers filed in this action and its proceedings shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Date: August 27, 2014
New York, NY

        Respectfully submitted,

        ERIC T. SCHNEIDERMAN
        Attorney General of the
        State of New York

By:   /s/ Alee N. Scott
       Alee N. Scott
       Special Assistant Attorney General
       Medicaid Fraud Control Unit
       120 Broadway, 13th Floor
       New York, New York 10271
       Phone:   (212) 417-5322
       Fax:      (212) 417-5335
       Email:  alee.scott@ag.ny.gov

*Attorneys for Plaintiff-Intervenor*
*State of New York*