UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROBERT P. KANE, et al.,

                              Plaintiffs,

       - against -

HEALTHFIRST, INC., et al.,

                              Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/4/2014

**RESCHEDULING NOTICE**

11 Civ. 2325 (ER)

The above case previously scheduled for September 5, 2014 at 3:30 p.m. **is hereby rescheduled for September 5, 2014 at 4:00 p.m.** in Courtroom 619 before the Hon. Edgardo Ramos, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

                                                                   Jazmin Rivera, Courtroom Deputy

Dated:      New York, New York
                September 4, 2014