USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/25/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rev. June. 2013

------------------------------------------------------------x

United States and State of New York ex rel. Kane

                              Plaintiff(s),

    - against -

Continuum Health Partners, Inc., et al.

                             Defendant(s).

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

__11__ CV __2325__ (ER)

------------------------------------------------------------x

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [~~consent~~] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [~~is not~~] to be tried to a jury.

3. Joinder of additional parties must be accomplished by __October 1, 2015__.

4. Amended pleadings may be filed until __October 1, 2015__.

5. Interrogatories shall be served no later than __October 1, 2015__, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [~~shall not~~] apply to this case.

6. First request for production of documents, and initial disclosures if any, shall be served no later than __October 1, 2015__.

7. Non-expert depositions shall be completed by __April 1, 2016__.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

        non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than  August 1, 2016            .

9. Requests to Admit, if any, shall be served no later than  April 1, 2016            .

10. Expert reports shall be served no later than  June 15, 2016, with disclosures on May 2, 2016

11. Rebuttal expert reports shall be served no later than  July 15, 2016, with disclosures on June 1, 2016

12. Expert depositions shall be completed by  September 30, 2016            .

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY**  September 30, 2016            .

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon.  Kevin Nathaniel Fox            .

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for  October 5, 2016 , at  11:00 am . (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York
     August 25, 2015

Edgardo Ramos, U.S. District Judge