

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

September 15, 2015

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

    Re:   *United States of America et al. ex rel. Kane v. Healthfirst, Inc., et al.*,
           11 Civ. 2325 (ER)

Dear Judge Ramos:

    We write respectfully on behalf all parties to the above-referenced action to request that the Court refer this matter to the assigned magistrate judge, Judge Fox, for purposes of setting a settlement conference.  After the Court inquired at our recent conference, the parties have discussed further and believe that it is in their best interests to explore settlement before engaging in discovery.   With this concern in mind, the parties further respectfully request that the Court stay all pending discovery deadlines until the completion of the settlement process.  The parties additionally propose that they send a joint status letter promptly after completion of their settlement discussions indicating whether a settlement has been reached.  If the parties are unable to settle the case, they would submit a proposed revised discovery schedule for the court's consideration.

    We thank the Court for its consideration of this request.

                              Respectfully,

                              PREET BHARARA
                              United States Attorney

            By:     s/Jean-David Barnea
                       JEAN-DAVID BARNEA
                       JACOB BERGMAN
                       Assistant United States Attorneys
                       Telephone:  (212) 637-2679/2776
                       Email: Jean-David.Barnea@usdoj.gov
                              Jacob.Bergman@usdoj.gov

Cc:   All parties (by ECF)