USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/24/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT P. KANE,
By and on Behalf of the United States of America, Relator,

State of New York, *ex rel.*
Robert P. Kane, Relator,

State of New Jersey, *ex rel*
Robert P. Kane, Relator,
v.

HEALTHFIRST, INC., et al.,
Defendants.

Case No. 11 Civ. 2325 (ER)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Relator Robert P. Kane and the undersigned Counsel for Defendants Beth Israel Medical Center d/b/a Mount Sinai Beth Israel, St. Luke's-Roosevelt Hospital Center d/b/a Mount Sinai St. Luke's and Mount Sinai Roosevelt, and Continuum Health Partners, Inc., that all claims presented in the Amended Complaint shall be dismissed with prejudice, waiving all rights of appeal, and without costs as to all parties pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
~~June~~ July 23, 2018

| | |
|---|---|
| Christopher E. Chang | Harris M. Mufson |
| Law Offices of Christopher E. Chang | Proskauer Rose LLP |
| 140 Broadway, 46th Floor | Eleven Times Square |
| New York, New York 10005 | New York, New York 10036 |
| (212) 208-1470 | (212) 969-3000 |
| cechang@juno.com | hmufson@proskauer.com |
| | |
| -and- | *Attorneys for Defendants* |
| | *Continuum Health Partners,* |
| Niedweske Barber Hager, LLC | *Beth Israel Medical Center,* |

9

| | |
|---|---|
| 98 Washington Street<br>Morristown, New Jersey 07960<br>(973) 401-0064<br><br>*Attorneys for Relator Robert P. Kane* | *and St. Luke's Roosevelt Center* |

SO ORDERED:

_____   7/24/2018
Hon. Edgardo Ramos, U.S.D.J.

10